UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DIANE CRAWFORD,

    *Plaintiff*,

v.   CASE NO. 1:15-CV-122-MW/GRJ

ALACHUA COUNTY BOARD
OF COUNTY COMMISSIONERS,

    *Defendant.*

_____/

**ORDER APPROVING JOINT SETTLEMENT AND
STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties jointly move this Court to approve their settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA"). ECF No. 37.

This Court has reviewed the proposed settlement in accordance with *Lynn's Food Stores, Inc. v. United States, US Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982) and finds that it represents a fair and reasonable resolution of all of Plaintiff's claims and the bona fide disputes over the FLSA provisions and because Defendant is paying Plaintiff's reasonable attorneys' fees and costs. This Court approves the Settlement and dismisses the case with prejudice.

For these reasons,

IT IS ORDERED:

1. The joint motion to approve settlement, ECF No. 37, is **GRANTED**.

2. The parties must comply with their settlement agreement. This Court reserves jurisdiction to enforce the terms of the settlement.

3. All claims are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

4. The clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. The clerk must close the file.

**SO ORDERED on July 29, 2016.**

                                                <u>s/Mark E. Walker</u>
                                                **United States District Judge**