UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DIANE B CRAWFORD

    VS                                          CASE NO.  1:15-cv-122-MW-GRJ

ALACHUA COUNTY BOARD OF
COUNTY COMMISSIONERS

**JUDGMENT**

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

July 29, 2016                s/ KELLI MALU
DATE                        Deputy Clerk: Kelli Malu